NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CATFISH FARMERS OF AMERICA, AMERICA'S CATCH, ALABAMA CATFISH, INC., DBA HARVEST SELECT CATFISH, INC., HEARTLAND CATFISH COMPANY, MAGNOLIA PROCESSING, INC., DBA PRIDE OF THE POND, SIMMONS FARM RAISED CATFISH, INC.,**
*Plaintiffs-Appellees*

**CONSOLIDATED CATFISH COMPANIES, LLC, DBA COUNTRY SELECT CATFISH, DELTA PRIDE CATFISH, INC.,**
*Plaintiffs*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

**v.**

**VINH HOAN CORPORATION,**
*Defendant-Appellant*

**VINH QUANG FISHERIES CORPORATION, H&N FOODS INTERNATIONAL, VIETNAM ASSOCIATION OF SEAFOOD EXPORTERS AND PRODUCERS,**
*Defendants*

---

2015-1344

---

Appeal from the United States Court of International Trade in No. 1:11-cv-00109-RKM, Senior Judge R. Kenton Musgrave.

―――――――――――

**JUDGMENT**

―――――――――――

NAZAKHTAR NIKAKHTAR, Cassidy Levy Kent (USA) LLP, Washington, DC, argued for plaintiffs-appellees. Also represented by NATHANIEL J. HALVORSON.

KARA WESTERCAMP, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, JEANNE E. DAVIDSON, FRANKLIN E. WHITE, JR., RYAN MAJERUS; DAVID W. RICHARDSON, Office of the Chief Counsel for Trade Enforcement & Compliance, United States Department of Commerce, Washington, DC.

MATTHEW MCCONKEY, Mayer Brown LLP, Washington, DC, argued for defendant-appellant. Also represented by KELSEY RULE.

―――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and LOURIE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 12, 2016
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court